Timothy D. McGonigle, Esq. (Bar No. 115979)
TIMOTHY D. McGONIGLE PROF. CORP.
233 Wilshire Boulevard, Suite 700
Santa Monica, California 90401
(310) 478-7110 (TELEPHONE)

**No JS6**

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DR. JOSEPH NICOLOSI, | CIVIL ACTION |
| Plaintiff, | 2:09-cv-06180-R-PJW |
| v. | Judge Manuel L. Real |
| DONELLE DADIGAN, THE HOLLYWOOD MUSEUM, a California not for profit Corporation, STEVE LOCASCIO, MICHAEL RUSSELL, THE MICHAEL RUSSELL GROUP, GEORGE G. BRAUNSTEIN, LAURA BRAUNSTEIN a/k/a LAURA ALCALDE and STARS FOR A CAUSE, a California not for profit Corporation, | [~~Proposed~~] JUDGMENT |
| Defendants. | |

This action came on for hearing before the Court on February 1, 2010, before the Honorable Manuel Real, District Judge, on a Motion to Dismiss the Third Amended Complaint Pursuant to Rule 12(b)(6). The pleadings

1

having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that the action be dismissed with prejudice as to Defendants Donelle Dadigan, The Hollywood Museum, Steve Locascio, Michael Russell, The Michael Russell Group, George G. Braunstein, and Laura Braunstein, a/k/a Laura Alcalde.

Date: **Feb. 5, 2010**

By: _____
Hon. Manuel Real